DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LIBERTY HOME EQUITY SOLUTIONS, INC.,** f/k/a **GENWORTH FINANCIAL HOME EQUITY ACCESS, INC.,**
Appellant,

v.

**PATSY RAULSTON** a/k/a **PATSY I. RAULSTON,** et al.,
Appellee.

No. 4D18-1729

[April 4, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; William L. Roby, Judge; L.T. Case No. 2014CA000051.

Jason F. Joseph, of Tromberg Law Group, P.A., Boca Raton, and Frank A. Shepherd, Terrance W. Anderson, Jr., and Lesley-Anne Marks of GrayRobinson, P.A., Miami, for appellant.

Robert P. Summers and Jessica M. Vanvalkenburgh of McCarthy, Summers, Bobko, Wood, Norman, Bass & Melby, P.A, Stuart, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***